**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

VIVIAN YATES, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CONSUMER ADJUSTMENT COMPANY, INC.

    Defendant.
_____/

CASE NO.:   4:20-CV-01605-AGF

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** VIVIAN YATES, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, VIVIAN YATES, and Defendant, CONSUMER ADJUSTMENT COMPANY, INC., have reached a settlement with regard to this case. The parties will file appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 11th day of August, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

    Respectfully submitted,

    */s/William Peerce Howard*
    William Peerce Howard, Esquire (FBN 0103330)
    *Admitted PHV*
    The Consumer Protection Firm

401 E. Jackson Street, Suite 2340
SunTrust Financial Center
Tampa, Florida 33602
(813) 500-1500
Billy@TheConsumerProtectionFirm.com


<u>*/s/ D. Todd Mathews*</u>
D. Todd Mathews, Esquire
Missouri Bar No.: 52502
The Gori Law Firm, PC
156 North Main Street
Edwardsville, IL. 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834
todd@gorilaw.com

*Attorneys for Plaintiff and the Putative Class*