IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VIVIAN YATES, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CONSUMER ADJUSTMENT COMPANY, INC.<br><br>        Defendant. | Case No. 4:20-cv-01605-AGF |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** Plaintiff Vivian Yates and Defendant, Consumer Adjustment Company, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

    Respectfully submitted September 17, 2021.

*/s/ William Peerce Howard*
William Peerce Howard, Esq.
FBN: 0103330 *(Admitted PHV)*
The Consumer Protection Firm
401 E. Jackson Street, Suite 2340
Tampa, FL. 33602
P: (813) 500-1500
Billy@TheConsumerProtectionFirm.com

*/s/ D. Todd Mathews*
D. Todd Mathews, Esq.
MBN: 52502
The Gori Law Firm, PC
156 North Main Street
Edwardsville, IL. 62025
P:(618) 659-9833
todd@gorilaw.com
*Attorneys for Plaintiff and the Putative Class*

*/s/ Patrick A. Watts*
Patrick A. Watts, #61701
1200 S. Big Bend Blvd.
St. Louis, Missouri. 63117
pwatts@mamlaw.com
P: 314-669-5490
F: 888-632-6937
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

     I certify that on  September 17, 2021, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                              */s/ William Peerce Howard*
                                              William Peerce Howard, Esq.
                                              FBN: 0103330 *(Admitted PHV*)

                                              */s/ D. Todd Mathews*
                                              D. Todd Mathews, Esq.
                                              MBN: 52502